UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIFTH THIRD BANK, NATIONAL ASSOCIATION<br><br>                      Plaintiff,<br><br>                      v.<br><br>PANHANDLE MILLING INC.,<br><br>                      Defendant. | Case No.: _____<br><br>**COMPLAINT** |

For its Complaint against Panhandle Milling, Inc. ("**Panhandle**"), Fifth Third Bank, National Association ("**Fifth Third**") states as follows:

## INTRODUCTION

1. In May 2025, Panhandle entered into an agreement with Fifth Third permitting Fifth Third to enter into over-the-counter commodity contracts ("**Swaps**") on its behalf. Within four months, Panhandle had defaulted by failing to pay amounts as they became due. The agreement was terminated by Fifth Third based on non-payment, and this lawsuit follows as Fifth Third seeks to collect the amounts that it is owed.

## PARTIES

2. Plaintiff Fifth Third is a national banking association incorporated in Ohio which is where its headquarters exists.

3. Defendant Panhandle is a Colorado corporation.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 USC § 1332. Complete diversity exists and the amount in controversy exceeds $75,000 exclusive of interest and costs.

5.	Venue is proper in this judicial district because the agreement at issue specifies that venue for any disputes lies in the federal district court located in Manhattan.

## BACKGROUND

6.	Panhandle is a flour manufacturer. Panhandle owns mills and it grinds, packages and sells flour. To hedge against price fluctuations, Panhandle often purchases commodity swap contracts based on wheat futures on the commodities market.

7.	Fifth Third is registered with the Commodity Futures Trading Commission to offer commodity Swaps to customers such as Panhandle and does so as a service for certain of its customers.

8.	In May 2025, Panhandle entered into an agreement with Fifth Third to allow it to enter into Swaps with Fifth Third. Under the agreement, Fifth Third and Panhandle enter into Swaps with each other, and each party is responsible for any losses or costs related to such contracts (such losses or costs are dependent on the current market value of the Swaps). A true and correct copy of the 2002 International Swaps Dealers Association, Inc. Master Agreement dated as of May 16, 2025, between Panhandle and Fifth Third (together with any amendments Schedules and Exhibits thereto and Confirmations thereunder, the "Agreement") is attached hereto as **Exhibit A**.

9.	As the prices fluctuate in the marketplace, certain Swaps may require that payments be made to the holders of the contracts.

10.	Panhandle entered into certain Swaps with Fifth Third related to the price of wheat – if the price for wheat went down, the terms of these Swaps required Panhandle to make payment to Fifth Third as of certain settlement dates. For the September 2025 settlement date, that amount totaled $200,187.50. A true and correct copy of the invoice is attached hereto as **Exhibit B**.

11. Fifth Third sent the invoice to Panhandle with a payment date of September 5, 2025.

12. On September 5, 2025, Panhandle failed to pay the invoiced amount of $200,187.50. This failure constituted an Event of Default as defined in the Agreement.

13. Panhandle failed to cure the Event of Default within the time permitted under the Agreement.

14. On September 18, 2025, after it was clear that Panhandle would not or could not pay the amount due, Fifth Third sent Panhandle a notice of default under the Agreement, a true and correct copy of which is attached hereto as **Exhibit C**.

15. Under the Agreement, Fifth Third has the right to terminate all active Swaps between Panhandle and Fifth Third (in order to mitigate its potential loss – i.e. if the price keeps falling). That same day (September 18), Fifth Third terminated the active Swaps and calculated termination fees of $437,902 per the terms of the Agreement and reflected the costs incurred by Fifth Third to terminate the Swaps.

16. Per the Agreement, Panhandle currently owes Fifth Third $638,089.50 plus default interest and cost of collection (including attorney's fees).

## COUNT I: BREACH OF CONTRACT

17. Fifth Third repeats and realleges Paragraphs 1 through 16 as though fully set forth herein.

18. The Agreement constitutes a valid and binding contract between the parties.

19. Panhandle breached the Agreement by failing to make the required payments.

20. Fifth Third performed all of its obligations under the Agreement.

21. As a direct result of Panhandle's breach, Fifth Third has suffered damages.

22. Fifth Third is entitled to recover its cost of collection including attorney's fees and default interest.

**PRAYER FOR RELIEF**

WHEREFORE, Fifth Third requests that judgment be entered in its favor and against Panhandle as follows:

a) Awarding actual damages to be proven at trial including default interest;

b) Awarding attorneys' fees, plus pre and post judgment interest and costs; and

c) Awarding such other and further relief as this Court deems appropriate.

Dated: New York, New York
December 22, 2025

**SHER TREMONTE LLP**

By: */s/ Justin J. Gunnell*
Justin J. Gunnell
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
Email: jgunnell@shertremonte.com

**MUCH SHELIST, P.C.**
Steven P. Blonder
191 N. Wacker, Suite 1800
Chicago, IL 60606
Tel: 312-521-2000
Email: sblonder@muchlaw.com
(*pro hac vice application forthcoming*)

*Attorneys for Fifth Third Bank National Association*