UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FIFTH THIRD BANK, NATIONAL ASSOCATION,

Plaintiff,

-against-

PANHANDLE MILLING INC.,

Defendant.

----------------------------------------------------------------x

25-CV-10629 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint letter on the status of the case by **August 14, 2026.**

**SO ORDERED.**

DATED: New York, New York
July 29, 2026

VALERIE FIGUEREDO
United States Magistrate Judge